WHITNY L. NORTON, ISB # 9473
RYAN D. YAHNE, ISB #7969
WILLIAM B. EMMAL, ISB # 12046
Piskel Yahne Kovarik PLLC
612 W Main Ave., Suite 207
Spokane, Washington 99201
wnorton@pyklawyers.com
ryahne@pyklawyers.com
wemmal@pyklawyers.com
P:509-321-5930
F:509-321-5935

*Attorneys for Tekton Construction Management, L.L.C.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TEKTON CONSTRUCTION MANAGEMENT, L.L.C., an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ACRISURE, LLC, a Michigan limited liability company; SMITH MCGEHEE, LLC, a Missouri limited liability company,<br><br>Defendants. | Case No. 2:25-cv-00077-DKG<br><br>**STIPULATON OF DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

The Parties, by and through their respective counsel of record hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this proceeding, with prejudice, and without an award of attorneys' fees and costs to any party.

DATED this 27th day of April 2026.

PISKEL YAHNE KOVARIK, PLLC

/s/ William B. Emmal
WHITNY L. NORTON, Of the Firm
RYAN D. YAHNE, Of the Firm
WILLIAM B. EMMAL, Of the Firm
*Attorneys for Tekton Construction Management, L.L.C.*

SCANLAN GRIFFITHS + ALDRIDGE

By:/s/Kevin Scanlan
KEVIN SCANLAN, Of the Firm
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _27th_ day of April 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to counsel of record.

/s/ William B Emmal
WILLIAM B. EMMAL